UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIENS SANTRAIL GRIFFIN,<br>　　　　Petitioner,<br>　　v.<br>M. E. SPEARMAN,<br>　　　　Respondent. | Case No. 18-cv-01377-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Sacramento County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 12, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIENS SANTRAIL GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. E. SPEARMAN,<br><br>    Defendant. | Case No. 18-cv-01377-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claudiens Santrail Griffin ID: AM4531
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127


Dated: March 12, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: /s/ Karen L. Hom
                                          Karen Hom, Deputy Clerk to the
                                          Honorable JOSEPH C. SPERO